UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| ERNEST STUKES, | |
|---|---|
| Plaintiff, | NO. CV-09-100-JPH |
| vs. | ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS, AND CLOSING FILE |
| TASHESIA HICKMOND, | |
| Defendants. | |

Magistrate Judge Hutton filed a Report and Recommendation on May 12, 2009, recommending Mr. Stukes's application to proceed *in forma pauperis* be denied and this action closed. There being no objections, the court **ADOPTS** the Report and Recommendation. The Application to Proceed *in Forma Pauperis* is **DENIED.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff and close the file.

**DATED** this 6th day of July, 2009.

*S/ Robert H. Whaley*
ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2009\Stukes\9cv100jph-6-8-adpdis.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS, AND CLOSING FILE -- 1