# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ERNEST STUKES,

Plaintiff,

v.

TASHESIA HICKMOND,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-100-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Application to Proceed in Forma Pauperis is DENIED, and this action is closed.

| | |
|---|---|
| 7/6/09 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Karen White |
| | *(By) Deputy Clerk* |
| | Karen White |